FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 1 9 2012

JAMES N. HATTEN, CLERK
By: J. [signature] Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA



MICHAEL LUTTRELL,  )
                   )
      Plaintiff,   ) Civil Action No. _____
                   )
v.                 )
                   )
                   )   1:12-CV-1368
TAKHAR COLLECTION SERVICES, LTD.;  )
and                )
DOE 1,             )
                   )
      Defendants.  )

---

## COMPLAINT

### (Jury Trial Demanded)

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA") and Telephone Consumer Protection Act, 47 U.S.C. 227 et seq. ("TCPA").

### JURISDICTION AND VENUE

2. This Court exercises jurisdiction under 15 U.S.C. 1692k, 28 U.S.C. 1331, and 28 U.S.C. 1367. This District is of proper venue as Plaintiff is a resident within this District and Defendant engaged in unlawful acts alleged against Plaintiff while Plaintiff so resided.

1

## PARTIES

3.  Plaintiff, MICHAEL LUTTRELL (hereinafter "Mr.Luttrell" or "Plaintiff"), is a natural person residing in Atlanta, Georgia. Defendant, TAKHAR COLLECTION SERVICES, LTD. (hereinafter "Defendant") is a limited liability company believed to maintain its principle place of business at 1623 Military Road, Suite 537 in Niagara Falls, New York. Plaintiff is ignorant of the true name and capacity of the defendant sued herein as DOE 1, and therefore sues this defendant by such fictitious name. Plaintiff will amend this Complaint to allege the true name and capacity once ascertained. Plaintiff believes and thereon alleges that the fictitiously named defendant is responsible in some manner for the occurrences herein alleged, and that such defendant is responsible to Plaintiff for damages and/or monies owed. Defendant TAKHAR COLLECTION SERVICES, LTD. and DOE 1 shall be jointly referred to as "Defendants" herein.

4.  Defendants regularly operate as third-party debt collectors and are "debt collectors" as defined in 15 U.S.C. 1692a.

## FACTUAL ALLEGATIONS

5.  Defendants called Mr. Luttrell's cell phone number of (770)789-7590 at least six times between March 11 though April 20, 2011 in an attempt to collect on a consumer debt from someone unknown to Mr. Luttrell.

6.  Each of Defendant's calls contained a pre-recorded message, the content of which is as follows: "This is the Takhar Group of companies calling on an important matter. Our

office number is 1-800-620-0371. Our office hours are 9am to 9pm Eastern Standard Time Monday to Friday, or you can respond to this call at our website at www.takhargroup.com, spelt t-a-k-h-a-r-g-r-o-u-p. Again, this is the Takhar Group calling from 1-800-620-0371 requesting your return call today."

8. Mr. Luttrell called Defendants on March 11, 2011. Defendants informed Mr. Luttrell that they were attempting to contact "Roderick". Mr. Luttrell informed Defendants that he knew of no such person. Defendants continued to call.

9. Mr. Luttrell called Defendants on March 22, April 13, and April 19, each time demanding that Defendants stop calling his number.

10. Being unable to terminate the calls, Mr. Luttrell obtain counsel with Robert Amador, Esq. of Centennial Law Offices.

11. On April 26, 2011, Mr. Amador called Defendants and spoke with Defendants' employee or agent Amanda Mathis. Ms. Mathis advised Mr. Amador that Defendants had been calling Mr. Luttrell through April 19, but that they had removed the number on the 19th. She added that it takes Defendants "up to 48hrs to remove a number" from their automated dialer equipment.

## CAUSES OF ACTION

### COUNT I

9. Plaintiff re-alleges paragraphs 1 through 11, inclusive, and by this reference incorporate the same as though fully set forth herein. Plaintiff is informed and believes and

herein alleges that Defendants violated 15 U.S.C. 1692b(3) with regards to Plaintiff as follows:

(1) Defendants continued to contact Plaintiff without Plaintiff's consent.

### COUNT II

10.     Plaintiff re-alleges paragraphs 1 through 11, inclusive, and by this reference incorporate the same as though fully set forth herein.  Plaintiff is informed and believes and herein alleges that Defendants violated 47 U.S.C. 227(b)(1) with regards to Plaintiff as follows:

(1) Within the last 2-years, Defendant called Plaintiff at least 6-times with the use of an automatic telephone dialing system and/or a prerecorded message without his consent.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays judgment against Defendant for recovery, damages for each count being in the alternative, as follows:

### COUNT I

1.) For statutory damages in the amount of $1,000 pursuant to 15 U.S.C. 1692k(2);

2.) For actual damages of $2,155.00 for legal costs in responding to unlawful collection activity.

3.) For prejudgment interest in an amount to be proved at time of trial;

4.) For attorney's fees pursuant to 15 U.S.C. 1692(k)

5.) For the costs of this lawsuit; and

6.) For any other and further relief that the court considers proper.

## COUNT II

1.) For statutory damage in the amount of $3,000 pursuant to 47 U.S.C 227(b)(3);

2.) For prejudgment interest in an amount to be proved at time of trial;

3.) For the costs of this lawsuit; and

4.) For any other and further relief that the court considers proper.

## JURY DEMAND

Plaintiff demands a jury trial.

Date: April 18, 2012

MICHAEL LUTTRELL
(In Pro Se)
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11