UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL LUTTRELL,<br><br>        Plaintiff,<br><br>vs.<br><br>TAKHAR COLLECTION SERVICES, LTD.,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:12-cv-1368-AT |

## DEFAULT JUDGMENT

The defendant TAKHAR COLLECTION SERVICES, LTD., having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Amy Totenberg, United States District Judge, by order of May 2, 2013, having directed that judgment issue in favor of plaintiff and against the defendant, it is hereby

ORDERED AND ADJUDGED, that the plaintiff MICHAEL LUTTRELL, recover from the defendant TAKHAR COLLECTION SERVICES, LTD., statutory damages in the amount of $4,000.00, attorney's fees in the amount of $1,365.00, and costs in the amount of $397.84, for a total judgment of $5,762.84,

Dated at Atlanta, Georgia this 2nd day of May, 2013.

                                              JAMES N. HATTEN
                                              CLERK OF COURT

                             By:   s/ Harry F. Martin
                                          Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
  May 2, 2013
James N. Hatten
Clerk of Court

By: s/ Harry F. Martin
      Deputy Clerk